FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
REV. 1/07

17 SEP -8 PM 2:56

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

PERRY SHANANAQUET

**FILED**
VANESSA L. ARMSTRONG

SEP -8 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:17-CV-550-DJH
(To be supplied by the clerk)

MARK BOLTON

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

I. **PARTIES**

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Perry Shananaquet

Place of Confinement: Louisville Metro Department Of Correction

Address: 400 S 6th St Louisville, Ky 40202

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (X)

(2) Name of Plaintiff:

Place of Confinement:

## FILING THE COMPLAINT

Mail the following to the Clerk for filing:

> (1) The original complaint. (Form "A").
>
> (2) A summons for each defendant. (Form "B").
>
> (3) (a) A check or money order in the amount of $350.00 made payable to the **Clerk, United States District Court**; OR (b) an application to proceed without prepayment of filing fees (Form "C") along with a certified copy of your inmate or prison trust account statement for the 6-month period immediately preceding the filing of the complaint.

The Clerk's Office mailing addresses are:

| LOUISVILLE | PADUCAH |
| --- | --- |
| 601 W. Broadway, Rm 106<br>Gene Snyder United States Courthouse<br>Louisville, KY 40202 | 501 Broadway, Suite 127<br>Paducah, KY 42001-6801 |

| BOWLING GREEN | OWENSBORO |
| --- | --- |
| 241 East Main Street, Suite 120<br>Bowling Green, KY 42101-2175 | 423 Frederica Street, Suite 126<br>Owensboro, KY 42301-3013 |

## PRIVACY NOTICE

Review the attached amended notice of electronic availability of civil case file information. It is your responsibility to exclude and/or redact sensitive information identified in documents that you file.

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant  Mark Bolton  is employed as  Director  at  Louisville Department of Correction.

The Defendant is being sued in his/her (___) individual and/or (X) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

III. STATEMENT OF CLAIM(S)

State here the FACTS of your case.State how you believe your constitutional rights were violated. Describe how each defendant violated your rights and set forth the dates on which each event took place.Do not make legal arguments or cite cases or statues. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claim(s) number and set forth each claim in seperate paragraphs.

On 12-6-16 I was Detained at louisville Metro Department of Corrections. At this time as a pretrial detainee I observed violations of the Fifth , Eighth and Fourthteenth amendments of the Untied States Constitution Of America. These violations consist of Black Mold ,Overcrowdness ,Poor Ventalation , Out of Order Shower & sink and Violation of the Grievience Procedures. To name 5

## VIOLATION OF THE EIGHTH AMENDMENT OF THE U.S.C

Plaintiff finds violation of the eighth amendment of the U.S.C Which is Cruel and Unusual punishment that caused serious Mental Disease that is defined as: An abnormal mental condition that interfers with mental or emotional process and internal behavioral control and that is not manifest only in repeated criminal antisocial conduct.

1) BLACKMOLD- Plaintiff lived in dorms j41b ,j45b, and j41a and while living in these dorms plaintiff experienced visible blackmold in the showers. The plaintiff is asthmetic and since a pre trial detainee asthma has went from mild to acute and sometimes results in the use of a nebulizer. (medical records to prove) Blackmold is hazard to the plaintiffs health.

2)OVER CROWDNESS- These dorms are 24  man dorms with 2 showers 3 toilets and 3 sinks. According to the F.O.P representitive and osha their is a toilet to sink ratio. The dorms are over populated by 16-20 and that has caused no access to the dayroom and no where for the plaintiff to eat. These living condition has caused emotional distress, threat to safty , lack of sleep and excessive sleep due to depression.

3)POOR VENTILATION- The air exchange inside these dorms are in poor condition due to the lack of ventilation that is clogged with dust and has caused plaintiffs asthma to trigger.

4) OUT OF ORDER SHOWER AND SINKS- Since the plaintiff has lived in J41A their has only been one shower for 40 people and 2 sinks. Plaintiff has filed many grievences and has no copy or response back. This incident has caused mental anguish , lack of hygiene and conflict. As of 9-2-2017 it is over populated by 16.

5) On 8-19-2017 plaintiff was given a inmate disiplinary report for refusing to follow staffs order. Plaintiff was classified to go to H6 dorm 1 and plaintiff refused for FEAR of SAFETY. Plaintiff was then placed in a hold over cell with no bathroom for 1hr. Plaintiff was then housed in J36A with no mat and no boat. Plaintiff then refused housing and was placed in a hold over with extreme cold air ,no sink and no bathroom for over 8hrs until plaintiff was advised that he was put back on the move list to H6 Dorm 1, which was the first place that plaintiff refused for safety purposes. Plaintiff was then held in the s

4

III STATEMENTS OF CLAIM(S) continued

same hold over for a total of 14hrs with no sink and bathroom, Then plaintiff was moved to J41A. This incident inflicted extreme mental anguish and sleep deprevation.

## VIOLATION OF THE FIFTH AND FOURTHTEENTH AMENDMENT

Violation of the grievence procedure- Plaintiff has filed grievences multiple times and the process is being alterd by LMDC. The staff doesn't respond in 10 days according to the handbook and fails to return grievences in allotted time with proper signitures to prove deliverd upon recieving a response.

With these Perponderence Violation findings of the United States Constitution the plaintiff has been injured dur to the conduct of LMDC and the Pro -se Plaintiff prays that the Excutive Administrators find LMDC in violation.

IV. RELIEF

State exactly what you want the Court to do for you. If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must file your claim under 28 U.S.C. §§ 2241, 2254 or 2255. The Plaintiff(s) want(s) the Court to:

\_\_\_\_\_ award money damages in the amount of $ _____

\_\_\_\_\_ grant injunctive relief by_____

__X__ award punitive damages in the amount of $ 1,000,000.00

\_\_\_\_\_ other: _____

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This \_\_\_ day of _____, 2017.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                                    DATE

_____
(By) DEPUTY CLERK

Perry Shananaquet
400 S 6th st
Louisville, Ky 40202

LOUISVILLE KY 400

07 SEP 2017 PM 1 L



FILED
VANESSA L ARMSTRONG
SEP - 8 2017
U.S. DISTRICT COURT
WEST'N. D. KENTUCKY

601 W Broadway Rm 106
Gene Snyder United States Courthouse
Louisville, Ky 40202

Tampering with United States postal mail is a federal offense



JAIL MAIL
UNCENSORED
Louisville Metro Corrections Department
Not Responsible



SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013