3:17CV-550-DJH --- Shananaquet v. Bolton      AMENDED COMPLAINT

**FILED**
VANESSA L ARMSTRONG
NOV 28 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

    \*   award money damages in the amount of $ __$500,000.00__

    \*   grant injunctive relief by __Remove blackmold and fix ventalation__

    ___   award punitive damages in the amount of $ _____

    ___   other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __28__ day of __November__, 20__17__.

_(Signature of Plaintiff)_

_(Signature of additional Plaintiff)_

_(Signature of additional Plaintiff)_

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_(Signature)_

6

## III. STATEMENT OF CLAIM(s)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth dates on which each event took place. Do not make legal arguments or cite cases or statues. However, identify the constitutional rights(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in seperate paragraphs.

On December 6,2017 Plaintiff was arrested and housed in louisville Metro Department Of Corrections. As a pre-trial detainee Plaintiff observed large areas of blackmold and poor ventalation in housing units J41A,J41B, J43A and J45B which the plaintiff has been housed in all four during this time. The Plaintiff asthma has increased from mild to ACUTE causing the plaintiff sometimes in use of a nebulizer provided by the medical staff. At this time Plaintiff finds LMDC in Violation of the due process clause of the fourtheenth amendment that extends the protection of the eighth amendment of the U.S Constitution. Plaintiff has filed grievances and has got no response and no copies that are suppose to be provided to the Plaintiff.

With these claims the Plaintiff prays that the court and Excutive Administrators find the defendant at fault for the injuries that the plaintiff suffers from.

4

ADDENDUM			CASE: 3:17-cv-0550-DJH

	Plaintiff request the court to " Reconsider, Alter, Amend or Vacate order "SUA SPONTE" dismissing claims of over crowding and Grievence procedure.
	Also, Plaintiff Request a more " Definite statement per dismissed claims or alternativly give " finding of facts" and " Conclusion of law on dismissed claims.
	Plaintiff Request that he chooses to suit Mark Bolton indivually and his capacity if the Excutive Administrators allow.

Perry Shannaquet
408 S 6th St
Louisville, KY 40202

United States District Court
100 Gene Snyder US Courthouse
601 W Broadway
Louisville, KY 40202

Tshppers

FILED
NOV 28 2017
JAMES J. VILT, JR. - CLERK
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Legal MAIL


FSC MIX Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013

JAIL MAIL UNCENSORED
Metro Corrections Department
Not Responsible