UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO. 3:17-CV-P550-DJH

PERRY SHANANAQUET                                          PLAINTIFF

v.                                 ANSWER
                                 (electronically filed)

MARK BOLTON                                              DEFENDANT

** ** ** **

Comes the Defendant, Mark E. Bolton, by counsel, and for his Answer to the Plaintiff's Amended Complaint, in both his official and individual capacity, as modified by the Court states as follows:

**FIRST DEFENSE**

1. Defendant refers to the Courts memorandum in response to the allegations contained in numbered paragraphs 1 and 3 of the Plaintiff's Amended Complaint seeking 8th Amendment claims for the presence of black mold and poor ventilation as a hazard to the Plaintiff's health and denies these allegations.

2. Defendant denies each and every allegation not expressly admitted herein.

**SECOND DEFENSE**

3. The above-styled civil action should be dismissed for its failure to state a claim for which relief can be granted.

**THIRD DEFENSE**

4. The Defendant denies he have infringed upon any of the Plaintiff's rights, privileges, or immunities established or protected by the Constitution or laws of the United

States of America or the Commonwealth of Kentucky nor do they engage in a practice or policy to infringe upon these rights.

## FOURTH DEFENSE

5. At all times relevant to the complaint, the Defendant acted in good faith and in conformity with all applicable standards, laws and regulations pertaining to his conduct and with an objectively reasonable belief that his actions were lawful.

## FIFTH DEFENSE

6. At all times complained of, the Defendant was acting in his official capacity in the course and scope of their employment and therefore was acting under privilege to engage in said conduct.

## SIXTH DEFENSE

7. The Defendant relies on the doctrines of sovereign immunity, governmental immunity, official immunity and/or qualified immunity, either in whole or in part to the extent that discovery herein may reveal appropriate, as a complete bar to the Plaintiff's Amended Complaint and all damages claimed against the Defendant.

## SEVENTH DEFENSE

8. The complaint may be barred, in whole or in part, by the doctrine of estoppel.

## EIGHTH DEFENSE

9. The Amended Complaint may be barred, in whole or in part, by the applicable statute of limitations.

## NINTH DEFENSE

10. The Amended Complaint may be barred, in whole or in part, by the provisions of the Prison Litigation Reform Act, 42 U.S.C.A. Sec. 1997 (e), et. seq.

## TENTH DEFENSE

The Amended Complaint may be barred, in whole or in part, by the doctrine of waiver.

## ELEVENTH DEFENSE

11. The Plaintiff's allegations of vicarious liability/respondeat superior against the Defendant for the alleged acts or omissions of individual capacity defendants, are contrary to State and Federal authority precluding vicarious liability, and as such fail to state a claim upon which relief may be granted.

## TWELFTH DEFENSE

12. The Defendant reserves the right to plead further herein, and specifically reserves the right to amend his Answer to assert any and all affirmative defenses which facts or discovery herein may reveal appropriate.

WHEREFORE, the Defendant demands as follows:

1. Dismissal of the Amended Complaint in its entirety, with prejudice; or alternatively, judgment in the defendants' favor;

2. A trial by jury on all triable issues;

3. The defendant's costs incurred in defending this action, to include a reasonable attorney fee; and

4. All other relief to which the defendant may appear entitled.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ *J. Denis Ogburn*
J. Denis Ogburn
Assistant Jefferson County Attorney

531 Court Place, Suite 900
Fiscal Court Bldg.
Louisville, KY  40202
(502) 574-3225
denis.ogburn@louisvilleky.gov
*Counsel for the Defendants,*

# **CERTIFICATE**

I hereby certify that on January 8, 2018, electronically filed the foregoing with the clerk of the court by using the CM/ECF system and Defendant mailed copies to:

Perry Shanaquet, Pro-se
LMDC
400 Sixth Street
Louisville, KY 40202

s/*J. Denis Ogburn*
J. Denis Ogburn