UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION



PERRY SHANANAQUET                                              PLAINTIFF

v                                            Civil Action No: 3:17-CV-P550-
DJH

MARK BOLTON                                                    DEFENDANT

### REPLY TO DEFENDANT

Comes Now the Plaintiff, Perry Shananaquet Pro-se and for the reply to the

DEFENDANTS answer, in both his official capacity and his individual

capacity, as modified by the court states as follows.

### REPLY

Violations of the Fourthteenth amendment ( the Due process clause of the

Fourthteenth Amendment) extends the protection of the Eighth

Amendment to a pre-trial detainee. see ( Harrell v. Grainger Cty. Tenn, 391

F. App'x 519,522(6th cir 2010)) Which will be analyzed like the eighth

amendment. see (Bass v Strode , No: 1:12-cv-P182-R,2012 U.S Dist Lexis

164074, at *5(W.D.Ky.Nov 15, 2012)) Plaintiff Dis agrees to Defendant denying allegations due to the FACT Steve Durham siad "Mark Bolton siad he spent $300,000.00 on HVAC and ventalation since 2016. Which is attached to motion as part of DISCOVERY (see exhibit A ) With thse FACTS Plaintiff finds Defendant Violating United States Code 42 1985, Conspiring to interfer with Civil Rights under COLOR OF LAW. The Defendant replys and said Plaintiff failed to state a claim to which relief may be granted. With the Co-pays to the LMDC doctor thst is taking out the inmates trustfund account. Also, due to mental anguish that plaintiff suffered led to Psyciatric Treatment that cost as well. With these FACTS the compensary damages should be GRANTED along with INJUCTIVE RELIEF to clean the black mold which is medically hazardouse according to OSHA. According to GlaxoSmithKline Licensor of Ventolin HFA(ALbuterol Sulfate) States the side affects of ventaloin HFA can be serious including:

- Worsening trouble breathing, coughing, and wheezing (Paradoxical bronchospasm)

- Heart problems , including faster heartrate and higher blood pressure

- possible death in people with asthma who use too much ventolin HFA

2

With thse side effectd using ventolin HFA RE BOUND TO HAPPEN TO pLAINTIFF AND OTHER Pre- Trial Detainee if Blackmold and ventalation are not fixed which is the only relief that st this time can happen only because past damages can not be fixed to the Plaintiffs asthma.

Under Forgien Sovergien Immunity Act Plaintiff Is sueing Defendant in his individual capacity which disqualifies to be subjected to immunity. Also, proof of violation of Civil Rights has been proved which disqualifies Qualified immunity. When legal protectiing over FREEDOM OF SPEECH are trumped to persrve Coporate secrets while hiding vulnerability. Plaintiffs own opionion Defendant is not to be immune or free from punishment which follows under ( Self v Rhay 161 wn (2d) 261), That states the common law is the real law. Under Amendmant XIV Plaintiff is entitled to ) (Equal Protection Clause. )

Defendant denies infinging the rights of Plaintiff, The Plaintiff Dis agrees the answer. When knowing that something illegal is happining is just as illegal as actually doing something illegal.The above claim is not he first claim

3

about blackmold and poor ventalation system. see attachment as part of the discovery (Exhibit B).

Plaintiff asks that under JUDICIAL NOTICE based on fairness of evidence Federal Rules of Evidence 201 56,F.R.D 133,201 should leave open the possibilty of introducing evidence through regular channel in appropriate situations see ( U.S 194, 55 S.ct,187,79 L Ed 281 (1934)) that these claims are not missed.

The claim has been processed and moved forward in the courts within the statues of limitation ans Plaintiff Request that this claim is not barred due to properly filing the claim within the staues of limitation. DATE FILED 9-11-2017.

Respedfully Submitted

March 3, 2020

4